**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLIS JAMES,<br><br>          Plaintiff,<br><br>     v.<br><br>WILLIAM R. CRAMER as<br>TRUSTEE of THE CRAMER<br>FAMILY TRUST; THE CRAMER<br>FAMILY TRUST; KAHOOTS<br>INC.<br>dba KAHOOTS FEED & PET<br>SUPPLY and Does 1<br>through 10, inclusive,<br><br>          Defendants. | Case No. EDCV 07-1233-VAP<br>(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Pursuant to the parties' stipulation filed March 14, 2008, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 15, 2008

                                             /s/ Virginia A. Phillips
                                             VIRGINIA A. PHILLIPS
                                             United States District Judge